**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MARTIN HAMBURGER**,<br><br>  Plaintiff,<br><br>  v.<br><br>**CAREFIRST BLUECROSS<br>BLUESHIELD**, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-03000 (TNM) |

## ORDER

Upon consideration of the parties' filings, the entire record, and the relevant law, and for the reasons stated in the Court's Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motions to Dismiss at ECF Nos. 19 and 23 are both **GRANTED**.  This case is **DISMISSED** without prejudice.

The Clerk of Court is requested to close this case.  This is a final, appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


Dated:  June 10, 2026                     _____
                                          TREVOR N. McFADDEN, U.S.D.J.